UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| S.L, a minor child, by and through, her next friend Latoya Lancaster, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:12-CV-420 NAB |
| PFIZER INC., | ) ) | |
| Defendant. | ) ) | |

### ORDER

This matter is before the Court on Plaintiffs' Motion to Expedite Briefing on Motion to Remand and Supporting Memorandum. The Plaintiffs seek expedited briefing so that their motion to remand will be ripe for ruling prior to the Panel Hearing considering the consolidation of this case into multi-district litigation in the Southern District of New York on March 29, 2012. Based on the filing date of the Motion to Remand and the time period for filing a response and reply under Local Rule 4.01, the motion would not be ripe for consideration prior to the March 29, 2012 hearing date. Therefore, an expedited briefing schedule on the Motion to Remand will be issued in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Expedite is **GRANTED**. [Doc. 8]

**IT IS FURTHER ORDERED** that Defendant Pfizer, Inc. shall file its response to Plaintiffs' Motion to Remand no later than March 19, 2012.

**IT IS FURTHER ORDERED** that Plaintiffs shall file any reply memorandum in support of the Motion to Remand no later than March 23, 2012.

Dated this 12th day of March, 2012.

                                                 /s/ Nannette A. Baker
                                              NANNETTE A. BAKER
                                              UNITED STATES MAGISTRATE JUDGE